United States Bankruptcy Court
Middle District of Tennessee

In re:                                                                Case No. 20-03560-MFH
LG ORNAMENTALS, LLC                                                   Chapter 11
          Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0650-3         User: ko8454              Page 1 of 1              Date Rcvd: Aug 13, 2020
                             Form ID: pdf001           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db             +LG ORNAMENTALS, LLC,    3904 HWY 31 E,    Bethpage, TN 37022-9026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                              Signature:  /s/Joseph Speetjens

_____

                    **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
          JEFFREY S GRASL    on behalf of U.S. Trustee    US TRUSTEE jeffrey.s.grasl@usdoj.gov
          LEFKOVITZ AND LEFKOVITZ, PLLC    on behalf of Debtor    LG ORNAMENTALS, LLC
          slefkovitz@lefkovitz.com,
          stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
          2946@notify.bestcase.com;mspezia@lefkovitz.com
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                              TOTAL: 3

Marian F. Harrison
US Bankruptcy Judge

Dated: 8/13/2020



## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 Proceeding |
| LG ORNAMENTALS, LLC, | ) | Case No. 320-03560 |
| | ) | Marian F. Harrison, Judge |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO SET BAR DATE
## FOR FILING PROOF OF CLAIMS

Upon the Debtor's Motion to Set Bar Date for Filing Proof of Claims, it is hereby

**ORDERED** the bar date for all creditors others than a governmental unit to file a proof of claim in

this proceeding is November 25, 2020. This date represents at least ninety (90) days from the first

scheduled setting of the Debtor's §341 meeting of creditors. It is further **ORDERED** that the bar

date for governmental units to file a proof of claim in this proceeding is February 23, 2021. This date

represents at least one hundred eighty (180) days from the date of the order for relief. It is further

**ORDERED** that any creditor that fails to timely file a claim shall not be treated as a creditor with

respect to such claim for the purposes of voting and distribution.

## THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
## AS INDICATED AT THE TOP OF THIS PAGE

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ, PLLC

**/S/  STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone:  (615) 256-8300
Fax:      (615) 255-4516
Email:    slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to the United States Trustee, William Timothy Stone, Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 10th day of August, 2020.

I further certify that I have sent a true and exact copy of the foregoing to the Debtor and all creditors and parties-in-interest pursuant to the attached mailing matrix, by U.S. Mail, postage prepaid, this 10th day of August, 2020.

**/S/  STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz

```
Label Matrix for local noticing        LEFKOVITZ AND LEFKOVITZ, PLLC  +      LG ORNAMENTALS, LLC
0650-3                                  618 CHURCH ST STE 410               3904 HWY 31 E
Case 3:20-bk-03560                      NASHVILLE, TN 37219-2452            Bethpage, TN 37022-9026
MIDDLE DISTRICT OF TENNESSEE
Nashville
Fri Aug  7 14:33:47 CDT 2020

701 Broadway Room 170                   Cassie Burton                       IRS
Nashville, TN 37203-3979                c/o Sherwood Litigation             CNTRLZD INSOLVENCY OPRTN
                                        201 4th Ave N S 1130                PO BOX 7346
                                        Nashville TN 37219                  PHILADELPHIA PA 19101-7346


Milessa Thomas                          (p)TENNESSEE DEPARTMENT OF REVENUE   US TRUSTEE  +
c/o Christopher Boiano Esq.             ATTN COLLECTION SERVICES DIVISION BANKRUPTCY UNIT   OFFICE OF THE UNITED STATES TRUSTEE
115 Shivel Dr.                          P O BOX 190665                      701 BROADWAY STE 318
Hendersonville TN 37075-3536            NASHVILLE TN 37219-0665             NASHVILLE, TN 37203-3966
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
TENNESSEE DEPARTMENT OF REVENUE         End of Label Matrix
500 DEADERICK STREET                    Mailable recipients     8
ANDREW JACKSON STATE OFFICE BUILDING    Bypassed recipients     0
Nashville TN 37242                      Total                   8
```

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.