```
                           United States Bankruptcy Court
                            Middle District of Tennessee
```

In re:                                                                  Case No. 20-03560-MFH
LG ORNAMENTALS, LLC                                                     Chapter 11
        Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0650-3              User: anm0611              Page 1 of 1              Date Rcvd: Sep 09, 2020
                                  Form ID: pdf001            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db              +LG ORNAMENTALS, LLC,    3904 HWY 31 E,    Bethpage, TN 37022-9026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
          JEFFREY S GRASL    on behalf of U.S. Trustee    US TRUSTEE jeffrey.s.grasl@usdoj.gov
          LEFKOVITZ AND LEFKOVITZ, PLLC    on behalf of Debtor    LG ORNAMENTALS, LLC
           slefkovitz@lefkovitz.com,
           stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
           2946@notify.bestcase.com;mspezia@lefkovitz.com
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 3

Marian F. Harrison
US Bankruptcy Judge

Dated: 9/9/2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LG ORNAMENTALS, LLC<br>3904 HWY 31 E<br>Bethpage, TN 37022<br><br>Debtor(s) | Case No. 3:20-bk-03560<br><br>Chapter 11<br><br>Judge Harrison |

### ORDER GRANTING APPLICATION TO EMPLOY AND RETENTION OF LEFKOVITZ & LEFKOVITZ, PLLC AS COUNSEL FOR DEBTOR(S)

This matter came on for consideration on the Application for Order Approving Employment and Retention of Lefkovitz & Lefkovitz, PLLC as Counsel for Debtor(s) (the "Motion"). It appears that approval of employment on the terms and conditions described in the Motion is appropriate. It further appears that notice of the Motion was properly given pursuant to all applicable parties and that no objections were filed.

It is therefore **ORDERED** that the motion is approved on the terms and conditions described in the Motion, and Lefkovitz & Lefkovitz, PLLC is approved and authorized as counsel for the Debtor(s).

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.