IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 3:20-bk-03560** |
| LG ORNAMENTALS, LLC, | ) | **Chapter 11** |
| | ) | **Judge Marion F. Harrison** |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 2002, Milessa Thomas, a creditor in this case, hereby notifies the Court of the appearance of her counsel in this matter. In addition to the notices and orders to which she is a party, please provide copies of all electronic notices sent in this case to undersigned at the following address:

> Matthew R. Murphy
> Smythe Huff & Murphy, PC
> 1222 16th Avenue South, Suite 301
> Nashville, Tennessee 37212
> mmurphy@smythehuff.com

this 23rd day of November, 2020.

Respectfully submitted,

By: /s/ Matthew R. Murphy
Matthew R. Murphy (#24627)
**Smythe Huff & Murphy PC**
1222 16th Avenue South, Suite 301
Nashville, Tennessee 37212
Phone: (615) 255-4849
Fax: (615) 255-4855
mmurphy@smythehuff.com

Attorneys for Milessa Thomas