IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: } Case No. 3:20-bk-03560
LG ORNAMENTALS }
} Chapter 11
}
**Debtor(s)** }

## NOTICE OF AMENDMENT TO SCHEDULE A/B

**NOW COMES** the Debtor(s), through counsel, and hereby gives notice that Schedule A/B has been amended to add notice of a retainer paid to Colin Calhoun.

Respectfully submitted,

**LEFKOVITZ & LEFKOVITZ**

By: */s/ Steven L. Lefkovitz*
Steven L. Lefkovitz, No. 5953
Attorney for the Debtor(s)
618 Church St., #410
Nashville, TN 37219
(615) 256-8300    fax (615) 255-4516
slefkovitz@lefkovitz.com

### CERTIFICATE OF SERVICE

A copy of the foregoing has been sent to the U.S. Trustee, and all creditors and parties-in-interest to receive notice electronically via the Court's ECF filing system on December 21, 2020.
**/s/ Steven L. Lefkovitz**
Steven L. Lefkovitz