# LG Ornamentals LLC

PROFIT AND LOSS

January 2021

|  | TOTAL |
|---|---:|
| Income | |
|   41000 Sales of Product Income | 2,645.00 |
|   42000 Services | 750.00 |
| **Total Income** | **$3,395.00** |
| **GROSS PROFIT** | **$3,395.00** |
| Expenses | |
|   60100 Car & Truck | |
|     60110 Car & Truck - Fuel | 24.36 |
| **Total 60100 Car & Truck** | **24.36** |
|   61110 Insurance - General Liability Insurance | 41.67 |
|   61700 Office Supplies & Software | 41.95 |
|   62010 Legal & Professional Services - Accounting & Administrative | 175.00 |
|   62400 Repairs & Maintenance | 12.00 |
|   62500 Materials & Supplies | 1,922.90 |
|   63100 Utilities | 39.21 |
|   67020 Equipment Fuel | 194.02 |
| **Total Expenses** | **$2,451.11** |
| **NET OPERATING INCOME** | **$943.89** |
| **NET INCOME** | **$943.89** |