| **LG Ornamentals Exhibit C** | | | |
|---|---|---|---|
| **Date** | **Type** | **No.** | **Total** |
| 01/01/2021 | Payment | 1023 | 3,395.00 |