![Pinnacle]

150 Third Avenue South  
Suite 900  
Nashville, TN 37201

www.pnfp.com  
Phone 800-264-3613

Account  
XXXXXXXX1400

RETURN SERVICE REQUESTED

LG Ornamentals  
Debtor -in- Possession  
148 Stonecrest Drive  
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| | | |
|---|---|---|
| Balance 1/01/21 | Summary | |
| $ 11,380.60 | | |
| | Credits | +$3,395.00 |
| Balance 1/31/21 | Interest | +$.00 |
| $ 12,324.49 | Debits | - $2,451.11 |



### Credit Transactions

**Deposits**

| | | |
|---|---|---|
| 1/05 | Regular Deposit | 3,395.00 |
| **Total Credits** | | **$3,395.00** |

**Declutter Your Desk with eStatements**

Paper statements take up space and use natural resources. If you're still getting statements in the mail, you can go green and reduce clutter when you sign up for "online with email" delivery in Pinnacle's Online Banking. Statements are readily accessible in Online Banking for 24 months. If you need to keep statements for a longer period of time, you can save them to your computer. To learn how to set up online delivery, visit PNFP.com/eStatements.

### Debit Transactions

**Other Debits**

| | | |
|---|---|---|
| 1/11 | CASTALIAN SPRING    UTILITYBIL 1621114334 JAMES LIVINGSTON | 39.21 |
| 1/11 | ERIE INS GROUP    ERIEXPSPAY Q441051089 1256038677 LG Ornamentals | 41.67 |
| 1/13 | BETHPAGE STORE BETHPAGE TN 011321 101364894552 Card#8092 | 4.68 |
| 1/13 | 3686 PULASKI HWY TENNESSEAN TRUC CORNERSVILLE TN 011221  Card#8092 | 24.36 |
| 1/13 | 5957 HWY 45 BP#1755792EIGHT EIGHT MILE AL 011221  Card#8092 | 53.29 |
| 1/13 | 845 BELL RD IN *GLB FINANCI 615-5330817 TN 011221  Card#8092 | 175.00 |

Member FDIC / Equal Housing Lender



ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Account Number: XXXXXXXX1400

| Date | Description | Amount |
|---|---|---|
| 1/14 | 16390 US 84 LIBERTY ONE STO EVERGREEN AL 011221  Card#8092 | 2.65 |
| 1/14 | 1412 E BROADWAY THE GALLATIN CA GALLATIN TN 011321  Card#8092 | 12.00 |
| 1/14 | 1137 ARKADELPHIA RD SHELL OIL 10007 BIRMINGHAM AL 011221  Card#8092 | 27.77 |
| 1/14 | 16390 US 84 LIBERTY ONE STO EVERGREEN AL 011221  Card#8092 | 54.88 |
| 1/14 | 12551 COUNTY ROAD 4 SHELL OIL 10010 BIRMINGHAM AL 011221  Card#8092 | 55.43 |
| 1/22 | 100 ASHFORD CTR N ST SEDC PAYMENT 678-9062570 GA 012221  Card#8092 | 41.95 |
| 1/29 | BETHPAGE STORE BETHPAGE TN 012921 102964892948 Card#8092 | 7.72 |

### Checks

| Date | Description | Amount |
|---|---|---|
| 1/13 | Check 1050 | 1,910.50 |
| **Total Debits** | | **$2,451.11** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $12,851.11 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 1/01 | 11,380.60 | 1/13 | 12,526.89 | 1/29 | 12,324.49 |
| 1/05 | 14,775.60 | 1/14 | 12,374.16 | | |
| 1/11 | 14,694.72 | 1/22 | 12,332.21 | | |

Intentionally Left Blank

| # | Date | Amount |
|---|---|---|
| #0 | 01/05/2021 | $3,395.00 |
| #1050 | 01/13/2021 | $1,910.50 |