# LG Ornamentals LLC

## PROFIT AND LOSS
### December 2020

|  | TOTAL |
|---|---:|
| **Income** | |
|   41000 Sales of Product Income | 8,705.00 |
|   42000 Services | 105.00 |
| **Total Income** | **$8,810.00** |
| **GROSS PROFIT** | **$8,810.00** |
| **Expenses** | |
|   61110 Insurance - General Liability Insurance | 41.67 |
|   61700 Office Supplies & Software | 48.87 |
|   62000 Legal & Professional Services | 175.00 |
|   62500 Materials & Supplies | 1,562.44 |
|   63100 Utilities | 38.94 |
|   67020 Equipment Fuel | 11.21 |
| **Total Expenses** | **$1,878.13** |
| **NET OPERATING INCOME** | **$6,931.87** |
| **NET INCOME** | **$6,931.87** |

Case 3:20-bk-03560    Doc 31-1    Filed 02/16/21    Entered 02/16/21 14:43:21    Desc