| LG Ornamentals Exhibit C | | | |
|---|---|---|---|
| Date | Type | No. | Total |
| 12/15/2020 | Payment | 4217 | 4,505.00 |