## LG Ornamentals Exhibit D

| Date | Type | Payee | Category | Total |
|---|---|---|---|---|
| 12/29/2020 | Expense | Bethpage Stone | Materials & Supplies | 4.69 |
| 12/22/2020 | Expense | SEDC | Office Supplies & Software | 48.87 |
| 12/10/2020 | Expense | Erie Ins. | Insurance - General Liability Insurance | 41.67 |
| 12/10/2020 | Expense | Castalian Spring Utilities | Utilities | 38.94 |
| 12/09/2020 | Check | Eller Trees | Materials & Supplies | 300.00 |
| 12/08/2020 | Expense | Hart Ace Hardware | Materials & Supplies | 5.00 |
| 12/07/2020 | Expense | Bethpage Stone | Equipment Fuel | 6.63 |
| 12/07/2020 | Expense | Bethpage Stone | Equipment Fuel | 4.58 |
| 12/07/2020 | Expense | Home Depot | Materials & Supplies | 78.59 |
| 12/07/2020 | Expense | Bethpage Stone | Materials & Supplies | 3.47 |
| 12/07/2020 | Expense | Bethpage Stone | Materials & Supplies | 4.69 |
| 12/01/2020 | Check | TRIVETTS NURSERY | Materials & Supplies | 1,166.00 |
| 12/01/2020 | Expense | GLB Financial Group | Legal & Professional Services | 175.00 |