**Fill in this information to identify the case:**

Debtor Name: LG Ornamentals

United States Bankruptcy Court for the: Middle District of Tennessee

Case number: 3:20bk-03560

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11       12/17

Month: February

Date report filed: 03/16/2021 (MM/DD/YYYY)

Line of business: Nursery/Agriculture

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: James Livingston

Original signature of responsible party: /s/ Livingston

Printed name of responsible party: James Livingston

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  LG Ornamentals                    Case number 3:20bk-03560

|     |                                                                                      | ☐ | ☑ | ☐ |
|-----|--------------------------------------------------------------------------------------|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy?                        | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __16,829.00__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    − $ __9,364.00__

    Report the total from *Exhibit D* here.

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ __-9,364.00__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ __7,466.00__

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ __0.00__

    *(Exhibit E)*

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 2

Case 3:20-bk-03560   Doc 32   Filed 03/17/21   Entered 03/17/21 09:20:56   Desc Main
Document   Page 2 of 11

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ 0.00

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?   0
27. What is the number of employees as of the date of this monthly report?   0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 0.00
30. How much have you paid this month in other professional fees?   $ 170.00
31. How much have you paid in total other professional fees since filing the case?   $ 1,040.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 33. Cash disbursements | $ 4,826.00 | − | $ 9,364.00 | = | $ 4,538.00 |
| 34. Net cash flow | $ -4,826.00 | − | $ -9,364.00 | = | $ -4,538.00 |

35. Total projected cash receipts for the next month:   $ 0.00
36. Total projected cash disbursements for the next month:   − $ 4,251.00
37. Total projected net cash flow for the next month:   = $ -4,251.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

## Livingscapes Exhibit D

| Date | Type | No. | Payee | Category | Memo | Total |
|---|---|---|---|---|---|---|
| 02/22/2021 | Expense | | SEDC | Office Supplies & Software | | 43.25 |
| 02/12/2021 | Expense | | Keystop Gallatin | Equipment Fuel | | 4.46 |
| 02/10/2021 | Expense | | US Trustee | Quarterly Payment | | 325.00 |
| 02/10/2021 | Expense | | Castalian Spring Utilities | Utilities | | 37.98 |
| 02/10/2021 | Expense | | Erie | Insurance - General Liability Insurance | | 41.67 |
| 02/04/2021 | Expense | | Sims Bark Company | Materials & Supplies | | 1,225.80 |
| 02/03/2021 | Expense | | Sims Bark Company | Materials & Supplies | | 1,225.80 |
| 02/02/2021 | Check | 1051 | Natures Elite Tree Farm | Materials & Supplies | | 6,285.00 |
| 02/02/2021 | Expense | | GLB Financial Group | Legal & Professional Services - Accounting & Administrative | | 175.00 |

# LG Ornamentals LLC

Profit and Loss

February 2021

|  | TOTAL |
|---|---:|
| Income | |
| **Total Income** | |
| GROSS PROFIT | $0.00 |
| Expenses | |
|   61110 Insurance - General Liability Insurance | 41.67 |
|   61700 Office Supplies & Software | 43.25 |
|   62010 Legal & Professional Services - Accounting & Administrative | 175.00 |
|   62500 Materials & Supplies | 8,736.60 |
|   63100 Utilities | 37.98 |
|   67020 Equipment Fuel | 4.46 |
|   69000 Uncategorized Expense | 325.00 |
| **Total Expenses** | **$9,363.96** |
| NET OPERATING INCOME | $ -9,363.96 |
| NET INCOME | $ -9,363.96 |



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
XXXXXXXX1400

LG Ornamentals
Debtor -in- Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

Balance 2/01/21
$ 12,324.49

Balance 2/28/21
$ 2,960.53

Summary

Credits    +$.00
Interest   +$.00
Debits    - $9,363.96

### Debit Transactions

Other Debits

| Date | Description | Amount |
|---|---|---|
| 2/02 | 845 BELL RD IN *GLB FINANCI 615-5330817 TN 020121 Card#8092 | 175.00 |
| 2/03 | 1765 SPRING VALLEY R SIMS BARK CO IN 800-3463216 AL 020221 Card#8092 | 1,225.80 |
| 2/04 | 1765 SPRING VALLEY R SIMS BARK CO IN 800-3463216 AL 020321 Card#8092 | 1,225.80 |
| 2/10 | CASTALIAN SPRING UTILITYBIL 1621114334 JAMES LIVINGSTON | 37.98 |
| 2/10 | ERIE INS GROUP ERIEXPSPAY Q441051089 1256038677 LG Ornamentals | 41.67 |
| 2/10 | QUARTERLY FEE PAYMENT 0000 1501000502 JAMES LIVINGSTON | 325.00 |
| 2/12 | GALLATIN KEYSTOP GALLATIN TN 021221 401236 Card#8092 | 4.46 |
| 2/22 | 100 ASHFORD CTR N ST SEDC PAYMENT 678-9062570 GA 022221 Card#8092 | 43.25 |

Declutter Your Desk with eStatements
Paper statements take up space and use natural resources. If you're still getting statements in the mail, you can go green and reduce clutter when you sign up for "online with email" delivery in Pinnacle's Online Banking. Statements are readily accessible in Online Banking for 24 months. If you need to keep statements for a longer period of time, you can save them to your computer. To learn how to set up online delivery, visit PNFP.com/eStatements.



Page 1 of 5



ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Page 2 of 5

Case 3:20-bk-03560    Doc 32    Filed 03/17/21    Entered 03/17/21 09:20:56    Desc Main
Document    Page 8 of 11

Account Number: XXXXXXXX1400

Checks

| | | |
|---|---|---:|
| 2/02 | Check 1051 | 6,285.00 |
| **Total Debits** | | **$9,363.96** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---:|---|---:|
| Average Balance This Statement | $3,574.39 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 28 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

### DAILY BALANCE INFORMATION

| | | | | | |
|---|---:|---|---:|---|---:|
| 2/01 | 12,324.49 | 2/04 | 3,412.89 | 2/22 | 2,960.53 |
| 2/02 | 5,864.49 | 2/10 | 3,008.24 | | |
| 2/03 | 4,638.69 | 2/12 | 3,003.78 | | |

Intentionally Left Blank

#1051           02/02/2021           $6,285.00