## LG Ornamentals Exhibit D

| Date | Type | No. | Payee | Category | Memo | Total |
|---|---|---|---|---|---|---|
| 06/30/2021 | Expense | | Sims Bark Company | Materials & Supplies | | 1,197.00 |
| 06/24/2021 | Check | 1060 | Eller Trees | Materials & Supplies | | 1,400.00 |
| 06/24/2021 | Expense | | GLB Financial Group | Legal & Professional Services - Accounting & Administrative | | 130.00 |
| 06/22/2021 | Expense | | SEDC | Utilities | | 43.07 |
| 06/22/2021 | Expense | | Hart Ace Hardware | Materials & Supplies | | 63.88 |
| 06/11/2021 | Expense | | Trustee | Uncategorized Asset | | 325.00 |
| 06/10/2021 | Expense | | Castalian Spring Utilities | Utilities | | 41.97 |
| 06/10/2021 | Expense | | Erie Insurance | Insurance - General Liability Insurance | | 41.67 |
| 06/01/2021 | Expense | | Bethpage Stone | Materials & Supplies | | 4.13 |