| | | | | | | LG Exhibit F | | |
|---|---|---|---|---|---|---|---|---|
| Date | Type | No. | Aging | Balance | Total | | Attachments | Status |
| 07/12/2021 | Invoice | 1097 | | 1,060.00 | 1,060.00 | | | open |
| 07/12/2021 | Invoice | 1096 | | 350.00 | 350.00 | | | open |
| 07/06/2021 | Invoice | 1095 | | 800.00 | 800.00 | | | open |
| 06/30/2021 | Invoice | 1094 | | 2,600.00 | 2,600.00 | | | open |