# LG Ornamentals LLC

## Profit and Loss
### June 2021

|  | TOTAL |
|---|---:|
| **Income** | |
| **Total Income** | |
| **GROSS PROFIT** | **$0.00** |
| Expenses | |
|    61110 Insurance - General Liability Insurance | 41.67 |
|    62010 Legal & Professional Services - Accounting & Administrative | 130.00 |
|    62500 Materials & Supplies | 2,665.01 |
|    63100 Utilities | 85.04 |
| **Total Expenses** | **$2,921.72** |
| **NET OPERATING INCOME** | **$ -2,921.72** |
| **NET INCOME** | **$ -2,921.72** |

Case 3:20-bk-03560    Doc 56-3    Filed 07/16/21    Entered 07/16/21 11:19:39    Desc