**LG Ornamentals Exhibit C**

| Date | Type | Total |
|---|---|---|
| 05/11/2021 | Payment | 3,600.00 |
| 05/11/2021 | Payment | 6,440.00 |