## LG Ornamentals Exhibit D

| Date | Type | No. | Payee | Category | Memo | Total |
|---|---|---|---|---|---|---|
| 05/25/2021 | Check | 1056 | Tennessee Dept of AG | License & Permits | | 300.00 |
| 05/24/2021 | Expense | | SEDC | Utilities | | 42.81 |
| 05/20/2021 | Expense | | Secretary of State | License & Permits | | 300.00 |
| 05/20/2021 | Check | 1055 | Alley Nursery | Materials & Supplies | | 4,000.00 |
| 05/20/2021 | Expense | | | Bank Charges & Fees | | 6.87 |
| 05/18/2021 | Check | 1058 | Midsouth Nursery | Materials & Supplies | | 4,585.00 |
| 05/13/2021 | Expense | | Pilot | Equipment Fuel | | 81.83 |
| 05/13/2021 | Expense | | Exxon | Equipment Fuel | | 60.02 |
| 05/10/2021 | Check | 1054 | Posey and Sons | Materials & Supplies | | 1,210.00 |
| 05/10/2021 | Expense | | Nashville Nursery | Materials & Supplies | | 352.83 |
| 05/10/2021 | Expense | | Erie Insurance | Insurance - General Liability Insurance | | 41.67 |
| 05/10/2021 | Expense | | Castalian Spring Utilities | Utilities | | 43.89 |
| 05/10/2021 | Expense | | Shell | Equipment Fuel | | 18.33 |
| 05/05/2021 | Expense | | BP | Equipment Fuel | | 20.16 |