# LG Ornamentals LLC

Profit and Loss

May 2021

|  | TOTAL |
|---|---:|
| **Income** | |
|   41000 Sales of Product Income | 6,240.00 |
|   42000 Services | 3,800.00 |
| **Total Income** | **$10,040.00** |
| **GROSS PROFIT** | **$10,040.00** |
| **Expenses** | |
|   60200 Bank Charges & Fees | 6.87 |
|   61110 Insurance - General Liability Insurance | 41.67 |
|   61300 License & Permits | 600.00 |
|   62500 Materials & Supplies | 10,147.83 |
|   63100 Utilities | 86.70 |
|   67020 Equipment Fuel | 180.34 |
| **Total Expenses** | **$11,063.41** |
| **NET OPERATING INCOME** | **$ -1,023.41** |
| **NET INCOME** | **$ -1,023.41** |