Pinnacle

150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
XXXXXXXX1400

RETURN SERVICE REQUESTED

LG Ornamentals
Debtor -in- Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

Balance 5/03/21
$ 3,458.50

Balance 5/31/21
$ 2,435.09

Summary

| | |
|---|---|
| Credits | +$10,040.00 |
| Interest | +$.00 |
| Debits | - $11,063.41 |



### Updates Coming to Fee Disclosure July 22

Every few years, Pinnacle reviews our Disclosure of Fees and Service Charges to ensure the prices listed are fair to clients and reflect the cost to provide services. We have decided to update our pricing for select items, such as check copies and cashier's checks at client request, effective July 22, 2021. You can find the updated disclosure at PNFP.com/JulyUpdate

### Credit Transactions

#### Deposits

| | | |
|---|---|---|
| 5/07 | Regular Deposit | 6,440.00 |
| 5/12 | Regular Deposit | 3,600.00 |
| **Total Credits** | | **$10,040.00** |

### Debit Transactions

#### Other Debits

| | | |
|---|---|---|
| 5/05 | BP#8774606MAPCO NASHVILLE TN 050421 112486672322 Card#8092 | 20.16 |
| 5/10 | SHELL SERVICE S COLUMBIA TN 050821 112894838646 Card#8092 | 18.33 |
| 5/10 | 4225 ASHLAND CITY HW NASHVILLE NURSE NASHVILLE TN 050821 Card#8092 | 352.83 |
| 5/10 | ERIE INS GROUP    ERIEXPSPAY Q441051089 1256038677 LG Ornamentals | 41.67 |
| 5/10 | CASTALIAN SPRING   UTILITYBIL 1621114334 JAMES LIVINGSTON | 43.89 |

EQUAL HOUSING LENDER   Member FDIC



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Account Number: XXXXXXXX1400

| Date | Description | Amount |
|---|---|---|
| 5/13 | 7070 US HIGHWAY 70 EXXONMOBIL    4 NASHVILLE TN 051121  Card#8092 | 60.02 |
| 5/13 | 6418 CENTENNIAL BLV PILOT        0 NASHVILLE TN 051221  Card#8092 | 81.83 |
| 5/20 | 312 ROSA L PARKS AV L2G*SERVICEFEE 615-741-2286 TN 051921  Card#8092 | 6.87 |
| 5/20 | 312 ROSA L PARKS AV L2G*TN SOS ANNU 615-741-2286 TN 051921  Card#8092 | 300.00 |
| 5/24 | 100 ASHFORD CTR N ST SEDC PAYMENT 678-9062570 GA 052321  Card#8092 | 42.81 |

### Checks

| Date | Description | Amount |
|---|---|---|
| 5/10 | Check 1054 | 1,210.00 |
| 5/20 | Check 1055 | 4,000.00 |
| 5/25 | Check 1056 | 300.00 |
| 5/18 | Check 1058* | 4,585.00 |
| **Total Debits** | | **$11,063.41** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $6,037.04 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 29 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/03 | 3,458.50 | 5/12 | 11,811.62 | 5/24 | 2,735.09 |
| 5/05 | 3,438.34 | 5/13 | 11,669.77 | 5/25 | 2,435.09 |
| 5/07 | 9,878.34 | 5/18 | 7,084.77 | | |
| 5/10 | 8,211.62 | 5/20 | 2,777.90 | | |

Intentionally Left Blank

Account Number: XXXXXXXX1400

Date: 5/28/21
Primary Acct No.: XXXXXXXX1400

| # | Date | Amount |
|---|---|---|
| #0 | 05/07/2021 | $6,440.00 |
| #0 | 05/12/2021 | $3,600.00 |
| #1054 | 05/10/2021 | $1,210.00 |
| #1055 | 05/20/2021 | $4,000.00 |
| #1056 | 05/25/2021 | $300.00 |
| #1058 | 05/18/2021 | $4,585.00 |

Page 5 of 5
Case 3:20-bk-03560    Doc 57-4    Filed 08/05/21    Entered 08/05/21 14:18:06    Desc Account Statement    Page 5 of 5