## LG Exhibit D

| Date | Type | No. | Payee | Category | Memo | Total |
|---|---|---|---|---|---|---|
| 07/22/2021 | Expense | | SEDC Castalian Spring | Utilities | | 43.06 |
| 07/12/2021 | Expense | | Utilities Bethpage | Utilities | | 44.23 |
| 07/12/2021 | Expense | | Stone | Materials & Supplies | | 6.52 |
| 07/12/2021 | Expense | | Erie Insurance | Insurance - General Liability Insurance | | 41.67 |
| 07/01/2021 | Expense | | | Bank Charges & Fees | | 38.00 |
| 07/01/2021 | Expense | | Sims Bark Company | Materials & Supplies | | 1,197.00 |