# LG Ornamentals LLC
# A/R Aging Summary
### As of July 31, 2021

| Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---:|---:|---:|---:|---:|---:|
| 350.00 | | | | | 350.00 |
| 1,060.00 | 2,600.00 | | | | 3,660.00 |
| **$ 1,410.00** | **$ 2,600.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** | **$ 4,010.00** |

Thursday, Aug 19, 2021 01:43:37 PM GMT-7