United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 20-03560-MFH
LG ORNAMENTALS, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3      User: ko8454      Page 1 of 2
Date Rcvd: Sep 09, 2021      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + LG ORNAMENTALS, LLC, 3904 HWY 31 E, Bethpage, TN 37022-9026 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEFFREY S GRASL | on behalf of U.S. Trustee US TRUSTEE jeffrey.s.grasl@usdoj.gov |
| LEFKOVITZ AND LEFKOVITZ, PLLC | on behalf of Debtor LG ORNAMENTALS LLC slefkovitz@lefkovitz.com, sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com |
| MATTHEW R MURPHY | on behalf of Creditor Milessa Thomas mmurphy@smythehuff.com |
| ROBERT H WALDSCHMIDT | on behalf of Interested Party Robert H. Waldschmidt rhw@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net |
| ROBERT H. WALDSCHMIDT | on behalf of Interested Party Robert H. Waldschmidt trustee@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net |

STEPHEN RAY BUTLER     on behalf of Creditor TN Dept of Revenue agbankHarrison@ag.tn.gov steve.butler@ag.tn.gov

US TRUSTEE     ustpregion08.na.ecf@usdoj.gov

TOTAL: 7

Marian F. Harrison
US Bankruptcy Judge

Dated: 9/9/2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:20-bk-03560 |
| LG ORNAMENTALS, LLC, ) | Chapter 11 |
| ) | Judge Marion F. Harrison |
| Debtor. ) | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter came before this Honorable Court on the Motion of Matthew R. Murphy, counsel of record for Cassie Burton and Milessa Thomas, to be allowed to withdraw as counsel of record for these interested parties in this case. Upon consideration of this Motion to Withdraw, the Court finds that all interest parties have been notified of this Motion pursuant to LBR 2091-1(b), and that no response in opposition to the Motion has been filed. Accordingly, the Court finds the Motion to Withdraw well taken and hereby granted.

IT IS HEREBY ORDERED that Matthew R. Murphy is allowed to withdraw as counsel for record for Cassie Burton and Milessa Thomas in this case.

IT IS FURTHER ORDERED that Matthew R. Murphy is released from the responsibility of any and all costs, bonds, and proceedings in connection with this case.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Matthew R. Murphy
Matthew R. Murphy (#24627)
**Smythe Huff & Murphy PC**
1222 16th Avenue South, Suite 301
Nashville, Tennessee 37212
Phone: (615) 255-4849
Fax: (615) 255-4855
mmurphy@smythehuff.com

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was filed and served via the Court's electronic case filing and noticing system on this 10th day of August, 2021, to Debtor's Counsel, Steven L. Lefkovitz, the Chapter 7 Trustee, Robert H. Waldschmidt, and all parties registered to received electronic notices in this matter, and by United States Mail, first class, postage prepaid to the following entities:

Cassie Burton
c/o Cynthia A. Sherwood
201 4th Ave. N.
Ste. 1130
Nashville, TN 37219

Milessa Thomas
c/o Christopher V. Boiano
115 Shivel Dr.
Hendersonville, TN 37075

                                        /s/ Matthew R. Murphy
                                        Matthew R. Murphy

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.