UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:20-bk-03561 |
| LIVINGSCAPE, LLC. ) | Chapter 11 |
| ) | Judge Marion F. Harrison |
| Debtor. ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC SERVICE OF PAPERS**

Pursuant to Bankruptcy Rule 2002, Milessa Thomas, a creditor in this case, hereby notifies the Court of the appearance of her counsel in this matter. In addition to the notices and orders to which she is a party, please provide copies of all electronic notices sent in this case to undersigned at the following address:

>Paul Moser
>5505 Edmondson Pike Ste 11,
>Nashville, TN 37211-6750
>615-662-3697
>paul.moser.esq@gmail.com
>*Attorney for Milessa Thomas*

This 20th day of September, 2021.

>Respectfully submitted,
>
>/s/ Paul Moser            /
>Paul Moser, BPR# 022205
>5505 Edmondson Pike Ste 11
>Nashville, TN 37211-6750
>615-662-3697
>paul.moser.esq@gmail.com
>*Attorney for Milessa Thomas*