# LG Ornamentals LLC
## Exhibit C
### August 2021

| Date | Name | Account |
|---|---|---|
| | | |
| **Uncategorized Income** | | |
| 08/03/2021 | Artisan Landscape Group, LLC | 40200 Uncategorized Income |
| 08/09/2021 | Artisan Landscape Group, LLC | 40200 Uncategorized Income |
| 08/10/2021 | The Great House Compnay | 40200 Uncategorized Income |
| **Total for Uncategorized Income** | | |
| **Sales of Product Income** | | |
| 08/03/2021 | Artisan Landscape Group, LLC | 41000 Sales of Product Income |
| **Total for Sales of Product Income** | | |
| **TOTAL** | | |

| Split | Amount | Balance |
|---|---:|---:|
| 10102 Pinnacle Operation Ck *1400 | 800.00 | 800.00 |
| 10102 Pinnacle Operation Ck *1400 | 350.00 | 1,150.00 |
| 10102 Pinnacle Operation Ck *1400 | 2,600.00 | 3,750.00 |
| | **$ 3,750.00** | |
| 12000 Accounts Receivable (A/R) | 800.00 | 800.00 |
| | **$ 800.00** | |
| | **$ 4,550.00** | |