|  | Date | Transaction Type | Name |
|---|---|---|---|
| **Car & Truck** | | | |
|   Auto Repair | | | |
| | 08/09/2021 | Expense | |
| | 08/09/2021 | Expense | |
|   **Total for Auto Repair** | | | |
| **Total for Car & Truck** | | | |
| **Insurance - General Liability Insurance** | | | |
| | 08/10/2021 | Expense | Erie Insurance |
| **Total for Insurance - General Liability Insurance** | | | |
| **Materials & Supplies** | | | |
| | 08/04/2021 | Expense | |
| | 08/11/2021 | Check | |
| | 08/30/2021 | Check | |
| **Total for Materials & Supplies** | | | |
| **Utilities** | | | |
| | 08/10/2021 | Expense | Castalian Spring Utilities |
| | 08/23/2021 | Expense | SEDC |
| **Total for Utilities** | | | |
| **TOTAL** | | | |

# LG Ornamentals LLC
## Exhibit D
### August 2021

| Memo/Description | Account | Amount |
|---|---|---:|
| NTB #665 6320 CHARLOTT NASHVILL NTB #665 6320 CHARLOTT NASHVILLE TN 80921 001859 Card#8092 | 60130 Car & Truck:Auto Repair | 135.54 |
| DISCOUNT- 6214 CHARLOT NASHVILL DISCOUNT- 6214 CHARLOT NASHVILLE TN 80921 080912317353 Card#8092 | 60130 Car & Truck:Auto Repair | 42.88 |
| | | **$ 178.42** |
| | | **$ 178.42** |
| ERIE INS GROUP ERIEXPSPAY Q4410 ERIE INS GROUP ERIEXPSPAY Q441051089 1256038677 LG Ornamentals | 61110 Insurance - General Liability Insurance | 41.63 |
| | | **$ 41.63** |
| SAMARA FARMS LLC SALE 921598620 SAMARA FARMS LLC SALE 9215986202 JAMES LIVINGSTON | 62500 Materials & Supplies | 750.00 |
| Check 1063 Check | 62500 Materials & Supplies | 1,500.00 |
| Check 1064 Check | 62500 Materials & Supplies | 1,212.00 |
| | | **$ 3,462.00** |
| CASTALIAN SPRING UTILITYBIL 162 CASTALIAN SPRING UTILITYBIL 1621114334 JAMES LIVINGSTON | 63100 Utilities | 49.18 |
| 100 ASHFORD CTR N ST SEDC PAYME 100 ASHFORD CTR N ST SEDC PAYMENT 678-9062570 GA 82221 Card#8092 | 63100 Utilities | 44.36 |
| | | **$ 93.54** |
| | | **$ 3,775.59** |

Monday, Sep 20, 2021 03:21:51 PM GMT-7 - Cash Basis