# LG Ornamentals LLC

## Profit and Loss

### August 2021

|  | TOTAL |
|---|---|
| Income |  |
|   40200 Uncategorized Income | 3,750.00 |
|   41000 Sales of Product Income | 800.00 |
| **Total Income** | **$4,550.00** |
| GROSS PROFIT | **$4,550.00** |
| Expenses |  |
|   60100 Car & Truck |  |
|   60130 Auto Repair | 178.42 |
| **Total 60100 Car & Truck** | **178.42** |
|   61110 Insurance - General Liability Insurance | 41.63 |
|   62500 Materials & Supplies | 3,462.00 |
|   63100 Utilities | 93.54 |
| **Total Expenses** | **$3,775.59** |
| NET OPERATING INCOME | **$774.41** |
| NET INCOME | **$774.41** |

Case 3:20-bk-03560    Doc 86-3    Filed 09/22/21    Entered 09/22/21 12:33:47    Desc