150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

Account
XXXXXXXX1400

RETURN SERVICE REQUESTED

LG Ornamentals
Debtor -in- Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

Balance 8/02/21
$ 205.89

Balance 8/31/21
$ 180.30

**Summary**

| | |
|---|---|
| Credits | +$3,750.00 |
| Interest | +$.00 |
| Debits | -$3,775.59 |

### Credit Transactions

#### Deposits

| | | |
|---|---|---:|
| 8/03 | Regular Deposit | 800.00 |
| 8/09 | Regular Deposit | 350.00 |
| 8/10 | Regular Deposit | 2,600.00 |
| **Total Credits** | | **$3,750.00** |

**Updates Coming to Fee Disclosure July 22**

Every few years, Pinnacle reviews our Disclosure of Fees and Service Charges to ensure the prices listed are fair to clients and reflect the cost to provide services. We have decided to update our pricing for select items, such as check copies and cashier's checks at client request, effective July 22, 2021. You can find the updated disclosure at PNFP.com/JulyUpdate

### Debit Transactions

#### Other Debits

| | | |
|---|---|---:|
| 8/04 | SAMARA FARMS LLC    SALE 9215986202 JAMES LIVINGSTON | 750.00 |
| 8/09 | DISCOUNT- 6214 CHARLOT NASHVILLE TN 080921 080912317353 Card#8092 | 42.88 |
| 8/09 | NTB #665 6320 CHARLOTT NASHVILLE TN 080921 001859 Card#8092 | 135.54 |
| 8/10 | ERIE INS GROUP    ERIEXPSPAY Q441051089 1256038677 LG Ornamentals | 41.63 |



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Account Number: XXXXXXXX1400

| | | |
|---|---|---|
| 8/10 | CASTALIAN SPRING   UTILITYBIL 1621114334 JAMES LIVINGSTON | 49.18 |
| 8/23 | 100 ASHFORD CTR N ST SEDC PAYMENT 678-9062570 GA 082221  Card#8092 | 44.36 |

**Checks**

| | | |
|---|---|---|
| 8/11 | Check 1063 | 1,500.00 |
| 8/30 | Check 1064 | 1,212.00 |
| **Total Debits** | | **$3,775.59** |

(*) Indicates gap in check number sequenece

| | | | |
|---|---|---|---|
| Average Balance This Statement | $1,106.73 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 30 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## ITEMIZATION OF TOTAL NSF/OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total NSF/Overdraft Paid Item Fees | $ .00 | $ 38.00 |
| Total NSF/Overdraft Returned Item Fees | $ .00 | $ .00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 8/02 | 205.89 | 8/09 | 427.47 | 8/23 | 1,392.30 |
| 8/03 | 1,005.89 | 8/10 | 2,936.66 | 8/30 | 180.30 |
| 8/04 | 255.89 | 8/11 | 1,436.66 | | |

Intentionally Left Blank

#0                08/03/2021            $800.00        #0                08/09/2021            $350.00

#0                08/10/2021          $2,600.00        #1063             08/11/2021          $1,500.00

#1064             08/30/2021          $1,212.00