IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LG ORNAMENTALS, LLC | } | Case No. 3:20-bk-03560 |
| 3904 HWY 31 E | } | Chapter 11 |
| Bethpage, TN 37022 | } | |
| SSN: 83-2572193 | } | Judge Harrison |

Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, my office sent a true and exact copy of the:

Debtor's Expedited Motion to Extend the Deadline to Confirm a Chapter 11 Plan (Docket Entry No. 92) and the Order setting Hearing Thereon (Docket Entry No. 94) to the Debtor and all other creditors and parties-in-interest pursuant to the attached mailing matrix; by U.S. Mail, postage prepaid.

Respectfully submitted,

**LEFKOVITZ & LEFKOVITZ**

By: **/s/ Steven L. Lefkovitz**
Steven L. Lefkovitz, No. 5953
Attorney for the Debtor(s)
618 Church St., #410
Nashville, TN 37219
(615) 256-8300    fax (615) 255-4516
slefkovitz@lefkovitz.com