| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:20-bk-03560<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Thu Sep 23 13:49:05 CDT 2021 | LEFKOVITZ AND LEFKOVITZ, PLLC +<br>618 CHURCH ST STE 410<br>NASHVILLE, TN 37219-2452 | LG ORNAMENTALS, LLC<br>3904 HWY 31 E<br>Bethpage, TN 37022-9026 |
| Milessa Thomas<br>404 Westview Dr.<br>Franklin, KY 42134-1557 | TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | 701 Broadway Room 170<br>Nashville, TN 37203-3979 |
| Cassie Burton<br>c/o Sherwood Litigation<br>201 4th Ave N S 1130<br>Nashville TN 37219 | IRS<br>CNTRLZD INSOLVENCY OPRTN<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Milessa Thomas<br>c/o Christopher Boiano Esq.<br>115 Shivel Dr.<br>Hendersonville TN 37075-3536 |
| (p)TENNESSEE DEPARTMENT OF REVENUE<br>ATTN COLLECTION SERVICES DIVISION BANKRUPTCY UNIT<br>P O BOX 190665<br>NASHVILLE TN 37219-0665 | Tennessee Department of Revenue<br>c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-4015 | US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE, TN 37203-3966 |
| Cassie Burton<br>3833 Saunders Ave.<br>Nashville, TN 37216-2021 | Robert H. Waldschmidt<br>P.O. Box 2828<br>Brentwood, TN 37024-2828 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

TENNESSEE DEPARTMENT OF REVENUE
500 DEADERICK STREET
ANDREW JACKSON STATE OFFICE BUILDING
Nashville TN 37242


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Milessa Thomas
404 Westview Dr.
Franklin, KY 42134-1557

End of Label Matrix
Mailable recipients    13
Bypassed recipients     1
Total                  14