| | |
|---|---|
| In re: | Case No. 20-03560-MFH |
| LG ORNAMENTALS, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0650-3 | User: sdt7475 | Page 1 of 2 |
| Date Rcvd: Sep 22, 2021 | Form ID: pdf001 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LG ORNAMENTALS, LLC, 3904 HWY 31 E, Bethpage, TN 37022-9026 |
| intp | + | Robert H. Waldschmidt, P.O. Box 2828, Brentwood, TN 37024-2828 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GREGORY ROBERT ATWOOD | on behalf of Creditor Cassie Burton gregatwoodlaw@gmail.com ecf.amlaw@gmail.com |
| JEFFREY S GRASL | on behalf of U.S. Trustee US TRUSTEE jeffrey.s.grasl@usdoj.gov |
| LEFKOVITZ AND LEFKOVITZ, PLLC | on behalf of Debtor LG ORNAMENTALS LLC slefkovitz@lefkovitz.com, sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com |
| PAUL WILLIAM MOSER | on behalf of Creditor Milessa Thomas paul.moser.esq@gmail.com moserpr95036@notify.bestcase.com |
| ROBERT H WALDSCHMIDT | on behalf of Interested Party Robert H. Waldschmidt rhw@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net |

ROBERT H. WALDSCHMIDT
on behalf of Interested Party Robert H. Waldschmidt trustee@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net

STEPHEN RAY BUTLER
on behalf of Creditor TN Dept of Revenue agbankHarrison@ag.tn.gov  steve.butler@ag.tn.gov

US TRUSTEE
ustpregion08.na.ecf@usdoj.gov

TOTAL: 8


Marian F. Harrison
US Bankruptcy Judge



Dated: 9/22/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **LG ORNAMENTALS, LLC** | ) | CASE NO. 20-03560-MH3-11 |
| **LIVINGSCAPES, LLC** | ) | CASE NO. 20-03561-MH3-11 |
| | ) | |
| Debtors | ) | |

### ORDER AUTHORIZING ROBERT H. WALDSCHMIDT
### TO APPEAR VIA ZOOM
### AT CONFIRMATION HEARINGS ON SEPTEMBER 28, 2021

Upon the Motion of Robert H. Waldschmidt, Trustee for the Bankruptcy Estate of James Whitfield Livingston ("Trustee"), and for other cause to the Court shown;

IT IS HEREBY ORDERED that Robert H. Waldschmidt, Trustee for the Bankruptcy Estate of James Whitfield Livingston ("Trustee") be, and is hereby permitted to attend the confirmation hearings scheduled in both Chapter 11 matters above on September 28, 2021, via Zoom, using the Zoom call-in number listed on the Court's website.

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/Robert H Waldschmidt*
**ROBERT H. WALDSCHMIDT** (#4657)
   Attorney for Trustee for James Livingston
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179  (fax)
rhw@rhwlawoffice.com

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.