United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 20-03560-MFH
LG ORNAMENTALS, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: sdt7475     Page 1 of 2
Date Rcvd: Sep 23, 2021     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + LG ORNAMENTALS, LLC, 3904 HWY 31 E, Bethpage, TN 37022-9026 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GREGORY ROBERT ATWOOD | on behalf of Creditor Cassie Burton gregatwoodlaw@gmail.com ecf.amlaw@gmail.com |
| JEFFREY S GRASL | on behalf of U.S. Trustee US TRUSTEE jeffrey.s.grasl@usdoj.gov |
| LEFKOVITZ AND LEFKOVITZ, PLLC | on behalf of Debtor LG ORNAMENTALS LLC slefkovitz@lefkovitz.com, sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com |
| PAUL WILLIAM MOSER | on behalf of Creditor Milessa Thomas paul.moser.esq@gmail.com moserpr95036@notify.bestcase.com |
| ROBERT H WALDSCHMIDT | on behalf of Interested Party Robert H. Waldschmidt rhw@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net |

ROBERT H. WALDSCHMIDT  
　　　　　　on behalf of Interested Party Robert H. Waldschmidt trustee@rhwlawoffice.com  
　　　　　　rhw@trustesolutions.com;rhw@trustesolutions.net

STEPHEN RAY BUTLER  
　　　　　　on behalf of Creditor TN Dept of Revenue agbankHarrison@ag.tn.gov steve.butler@ag.tn.gov

US TRUSTEE  
　　　　　　ustpregion08.na.ecf@usdoj.gov

TOTAL: 8


Marian F. Harrison
US Bankruptcy Judge

Dated: 9/23/2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:20-bk-03560 |
| LG ORNAMENTALS, LLC ) | Chapter 11 |
| ) | Judge Harrison |
| ) | |
| Debtor. ) | |

### EXPEDITED ORDER SETTING HEARING ON DEBTOR'S
### EXPEDITED MOTION TO EXTEND DEADLINE TO CONFIRM CHAPTER 11 PLAN

Upon the Expedited Motion of the Debtor for an expedited hearing and for good cause shown unto me, it is hereby **ORDERED** that the Debtor's Expedited Motion to Extend Deadline to Confirm Chapter 11 Plan is set for September 28, 2021, at 9:00 a.m., via Zoom Audio: Call-In Number 833-568-8864 US Toll-free, Meeting ID 160 2983 9352.

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
### AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorneys for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

# CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to the Assistant United States Trustee; and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, on September 23, 2021

I further certify that I have sent a true and exact copy of the foregoing to the Debtor and all other creditors and parties-in-interest pursuant to the attached mailing matrix, by U.S. Mail, postage prepaid, on September 23, 2021.

/S/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.