**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 3:20-bk-03560** |
| LG ORNAMENTALS, LLC, | ) | **Chapter 11** |
| | ) | **Judge Marion F. Harrison** |
| Debtor. | ) | |

**THE HEARING WILL BE:** November 2, 2021, at 9:00 a.m. at Courtroom 3, 701 Broadway, Nashville, TN 37203

## RESPONSE TO CLAIM OBJECTION

COMES NOW Cassie Burton, by and through counsel, and would object to the claim objection filed by the Debtor. Due to the nature of the claim and the lack of prior litigation in state court, Ms. Burton would anticipate this case being placed on a track similar to an adversary proceeding, with deadlines for discovery, disclosures, and dispositive motions and ultimately a trial date, if necessary. The parties will likely be able to agree to a schedule prior to the scheduled hearing, but if an agreement is not reached by that date the creditor would request the Court set these dates at that time.

Respectfully submitted,

_____/s/ *Gregory R. Atwood*_____
Gregory R. Atwood, BPR #24296
Attorney for Creditor
6953 Charlotte Pike, Ste. 401
Nashville, TN 37209
(615) 354-1995
fax: (615) 866-5922
gregatwoodlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed and served via the Court's electronic case filing and noticing system on the following:

Steve Lefkovitz, Esq.
Lefkovitz and Lefkovitz, PLLC
618 Church St., Ste. 410
Nashville, TN 37219
slefkovitz@lefkovitz.com
*Counsel for Livingscapes, LLC*

Jeffrey S. Grasl, Esq.
Department of Justice Office of United States Trustee
701 Broadway, Suite 318
Nashville, TN 37203
Jeffrey.s.grasl@usdoj.gov
*Counsel for United States Trustee*

And all parties registered to receive electronic notices in this matter

this the 27th day of September 2021.

/s/ Gregory R. Atwood
Gregory R. Atwood