Dated: 10/4/2021

*Marian F. Harrison*
US Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 3:20-bk-03560 |
| LG ORNAMENTALS, LLC | ) | Chapter 11 |
| | ) | Judge Harrison |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO EXTEND THE DEADLINE TO CONFIRM A CHAPTER 11 PLAN

This cause came before the Court telephonically on the 28th day of September 2021, on the Debtor' Expedited Motion to Extend the Deadline to Confirm a Chapter 11 Plan. Upon statements of counsel for the Debtor and the entire record herein, the Court finds that said Motion is well taken and is, therefore, **GRANTED**. Accordingly, it is hereby **ORDERED** that the deadline to confirm a Chapter 11 Plan in this small business case shall be extended to January 18, 2022.

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

# CERTIFICATE OF SERVICE

    I hereby certify that I have sent a true and exact copy of the foregoing to the Assistant United States Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 1st day of October, 2021.

                                               **/S/ STEVEN L. LEFKOVITZ**
                                               Steven L. Lefkovitz

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.