# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11
12/17

**Fill in this information to identify the case:**

Debtor Name: LG Ornamentals LLC

United States Bankruptcy Court for the: Middle District of Tennessee

Case number: 3:20bk-03560

☐ Check if this is an amended filing

Month: October
Date report filed: 11/22/2021 (MM / DD / YYYY)
Line of business: Nursery Agriculture
NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: *James Livingston* (signature)

Original signature of responsible party

Printed name of responsible party: James Livingston

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                               $ __4,021.00__

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                  $ __2,150.00__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                – $ __1,731.00__

22. **Net cash flow**                                                     + $ __419.00__

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**                              = $ __4,440.00__

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                    $ __0.00__
    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                         $ _____0.00
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     _____0
27. What is the number of employees as of the date of this monthly report?   _____0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____
30. How much have you paid this month in other professional fees?   $ _____
31. How much have you paid in total other professional fees since filing the case?   $ _____1,745.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | *Column A* Projected | | *Column B* Actual | | *Column C* Difference |
|---|---|---|---|---|---|
|   | Copy lines 35-37 from the previous month's report. | − | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. Cash receipts | $ 4,360.00 | − | $ 2,150.00 | = | $ 2,210.00 |
| 33. Cash disbursements | $ 1,077.00 | − | $ 1,731.00 | = | $ -654.00 |
| 34. Net cash flow | $ 3,283.00 | − | $ 419.00 | = | $ 2,864.00 |

35. Total projected cash receipts for the next month:           $ 2,150.00
36. Total projected cash disbursements for the next month:    − $ 1,731.00
37. Total projected net cash flow for the next month:         = $   419.00

Debtor Name LG Ornamentals LLC    Case number 3:20bk-03560

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# LG Ornamentals LLC
# Transaction Report
### October 1 - November 22, 2021

| | Date | Transaction Type | Amount | Balance |
|---|---|---|---|---|
| **Uncategorized Income** | | | | |
| | 10/13/2021 | Deposit | 1,250.00 | 1,250.00 |
| **Total for Uncategorized Income** | | | **$ 1,250.00** | |
| **Sales of Product Income** | | | | |
| | 10/11/2021 | Invoice | 300.00 | 300.00 |
| | 10/11/2021 | Invoice | 600.00 | 900.00 |
| **Total for Sales of Product Income** | | | **$ 900.00** | |
| **TOTAL** | | | **$ 2,150.00** | |

Monday, Nov 22, 2021 12:29:49 PM GMT-8 - Cash Basis

# LG Ornamentals LLC
## Transaction Report
### October 1 - November 22, 2021

| Date | Memo/Description | Account | Amount |
|---|---|---|---:|
| **Bank Charges & Fees** | | | |
| 10/12/2021 | Paid Item Fee Paid Item Fee | 60200 Bank Charges & Fees | 38.00 |
| 11/10/2021 | Paid Item Fee Paid Item Fee | 60200 Bank Charges & Fees | 38.00 |
| 11/10/2021 | Paid Item Fee Paid Item Fee | 60200 Bank Charges & Fees | 38.00 |
| 11/15/2021 | Paid Item Fee Paid Item Fee | 60200 Bank Charges & Fees | 38.00 |
| **Total for Bank Charges & Fees** | | | **$ 152.00** |
| **Insurance - General Liability Insurance** | | | |
| 10/12/2021 | ERIE INS GROUP ERIEXPSPAY Q4410 ERIE INS GROUP ERIEXPSPAY Q441051089 1256038677 LG Ornamentals | 61110 Insurance - General Liability Insurance | 41.67 |
| 11/10/2021 | ERIE INS GROUP ERIEXPSPAY Q4410 ERIE INS GROUP ERIEXPSPAY Q441051089 1256038677 LG Ornamentals | 61110 Insurance - General Liability Insurance | 41.67 |
| **Total for Insurance - General Liability Insurance** | | | **$ 83.34** |
| **Materials & Supplies** | | | |
| 10/05/2021 | BETHPAGE STORE BETHPAGE TN 1004 BETHPAGE STORE BETHPAGE TN 100421 127764890892 Card#8092 | 62500 Materials & Supplies | 8.12 |
| 10/18/2021 | 600 OLD HICKORY BLV DICKENS TUR 600 OLD HICKORY BLV DICKENS TURF AN NASHVILLE TN 101421 Card#8092 | 62500 Materials & Supplies | 237.69 |
| 11/01/2021 | BETHPAGE STORE BETHPAGE TN 1101 BETHPAGE STORE BETHPAGE TN 110121 130564899875 Card#8092 | 62500 Materials & Supplies | 6.17 |
| 11/01/2021 | BETHPAGE STORE BETHPAGE TN 1101 BETHPAGE STORE BETHPAGE TN 110121 130564892567 Card#8092 | 62500 Materials & Supplies | 18.65 |
| 11/08/2021 | 600 OLD HICKORY BLV DICKENS TUR 600 OLD HICKORY BLV DICKENS TURF AN NASHVILLE TN 110521 Card#8092 | 62500 Materials & Supplies | 500.00 |
| 11/10/2021 | CREEKSIDE GARDEN NASHVILLE TN 1 CREEKSIDE GARDEN NASHVILLE TN 111021 001322 Card#8092 | 62500 Materials & Supplies | 362.91 |
| 11/15/2021 | SAMARA FARMS LLC SALE 921598620 SAMARA FARMS LLC SALE 9215986202 S JAMES LIVINGSTON | 62500 Materials & Supplies | 105.00 |
| **Total for Materials & Supplies** | | | **$ 1,238.54** |
| **Utilities** | | | |
| 10/12/2021 | CASTALIAN SPRING UTILITYBIL 162 CASTALIAN SPRING UTILITYBIL 1621114334 JAMES LIVINGSTON | 63100 Utilities | 62.57 |
| 10/22/2021 | 100 ASHFORD CTR N ST SEDC PAYME 100 ASHFORD CTR N ST SEDC PAYMENT 678-9062570 GA 102121 Card#8092 | 63100 Utilities | 71.89 |
| 11/10/2021 | CASTALIAN SPRING UTILITYBIL 162 CASTALIAN SPRING UTILITYBIL 1621114334 JAMES LIVINGSTON | 63100 Utilities | 69.59 |
| **Total for Utilities** | | | **$ 204.05** |
| **Equipment Fuel** | | | |
| 10/07/2021 | 2920 NOCCALULA ROAD MARATHON PE 2920 NOCCALULA ROAD MARATHON PETRO2 ATTALLA AL 100621 Card#8092 | 67020 Equipment Fuel | 53.72 |
| **Total for Equipment Fuel** | | | **$ 53.72** |
| **TOTAL** | | | **$ 1,731.65** |

# LG Ornamentals LLC

## Profit and Loss
October 1 - November 22, 2021

|  | TOTAL |
|---|---:|
| **Income** | |
|    40200 Uncategorized Income | 1,250.00 |
|    41000 Sales of Product Income | 900.00 |
| **Total Income** | **$2,150.00** |
| **GROSS PROFIT** | **$2,150.00** |
| **Expenses** | |
|    60200 Bank Charges & Fees | 152.00 |
|    61110 Insurance - General Liability Insurance | 83.34 |
|    62500 Materials & Supplies | 1,238.54 |
|    63100 Utilities | 204.05 |
|    67020 Equipment Fuel | 53.72 |
| **Total Expenses** | **$1,731.65** |
| **NET OPERATING INCOME** | **$418.35** |
| **NET INCOME** | **$418.35** |

Case 3:20-bk-03560    Doc 110    Filed 12/10/21    Entered 12/10/21 15:50:08    Desc Main
Document    Page 7 of 11



150 Third Avenue South
Suite 900
Nashville, TN 37201
www.pnfp.com

Client Service Center 800-264-3613
Pinnacle Anytime 866-755-5428

RETURN SERVICE REQUESTED

Account
XXXXXXXX1400

LG Ornamentals
Debtor -in- Possession
148 Stonecrest Drive
Nashville, TN 37209-5236

## Statement of Account

Horizon 75

| Balance 10/01/21 | Summary | | |
|---|---|---|---|
| $ 162.58 | | | |
| | Credits | +$1,250.00 | |
| Balance 10/31/21 | Interest | +$.00 | |
| $ 898.92 | Debits | -$513.66 | |



### Credit Transactions

Deposits

| 10/13 | OLB Transfer from *655 to *400 Transfer | 1,250.00 |
|---|---|---|
| **Total Credits** | | **$1,250.00** |

New Mobile App Combines
Personal and Business

Pinnacle's new mobile banking combines our personal and business apps into one that looks (and works) more like the full online banking experience. You can:

- Easily manage and edit transfers
- Make principal and interest loan payments
- See your passcode as you enter it
- Add and edit transaction descriptions

You can learn more and download the app at
PNFP.com/mobile

### Debit Transactions

Other Debits

| 10/05 | BETHPAGE STORE BETHPAGE TN 100421 127764890892 Card#8092 | 8.12 |
|---|---|---|
| 10/07 | 2920 NOCCALULA ROAD MARATHON PETRO2 ATTALLA AL 100621  Card#8092 | 53.72 |
| 10/12 | ERIE INS GROUP   ERIEXPSPAY Q441051089 1256038677 LG Ornamentals | 41.67 |
| 10/12 | CASTALIAN SPRING   UTILITYBIL 1621114334 JAMES LIVINGSTON | 62.57 |
| 10/12 | Paid Item Fee | 38.00 |
| 10/18 | 600 OLD HICKORY BLV DICKENS TURF AN NASHVILLE TN 101421  Card#8092 | 237.69 |

Member FDIC
Equal Housing Lender
Page 1 of 4
LAA8561

Case 3:21-bk-03560    Doc 110    Filed 12/10/21    Entered 12/10/21 15:50:08    Desc Main
Document      Page 8 of 11



## ELECTRONIC TRANSFER ERROR RESOLUTION

This Electronic Transfer Error Resolution only applies to accounts held for personal, family or household purposes and is therefore not applicable to business, trust accounts, or any such account held for non-personal purposes.

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed at the end of this disclosure, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

- Tell us your name and account number (if any).

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error.

We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared.

We will provide provisional credit for the amount that you think is in error within 10 business days of your complaint and begin an investigation of the transaction(s). In most cases, we will disclose the results of the investigation within 10 business days of your complaint and correct any error promptly. If we need more time to investigate the complaint, we may take up to 45 days (90 days if the transfer involved a point-of-sale transaction or a foreign initiated transfer) to complete our investigation. However, you will have use of the funds in question during our investigation.

**Pinnacle Bank**
150 3rd Avenue South, Suite 900
Nashville, TN 37201
(800) 264-3613

Account Number: XXXXXXXX1400

| | | |
|---|---|---|
| 10/22 | 100 ASHFORD CTR N ST SEDC PAYMENT 678-9062570 GA 102121 Card#8092 | 71.89 |
| **Total Debits** | | **$513.66** |

| | | | | |
|---|---|---|---|---|
| Average Balance This Statement | $656.01 | Annual Percentage Yield Earned | .00% |
| Interest Earned This Period | $.00 | Days in Period | 31 |
| Interest Paid Year to Date | $.00 | Interest Paid | $.00 |

## ITEMIZATION OF TOTAL NSF/OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total NSF/Overdraft Paid Item Fees | $ 38.00 | $ 76.00 |
| Total NSF/Overdraft Returned Item Fees | $ .00 | $ .00 |

## DAILY BALANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 10/01 | 162.58 | 10/12 | 41.50- | 10/22 | 898.92 |
| 10/05 | 154.46 | 10/13 | 1,208.50 | | |
| 10/07 | 100.74 | 10/18 | 970.81 | | |

Intentionally Left Blank